BARCLAY BALL, Respondent, *v.* NIPPON YUSEN (KABUSHIKI) KAISHA and CANADIAN PACIFIC RAILWAY COMPANY, Appellants.*

Supreme Court, Appellate Term, First Department, March 25, 1932.

*Hardin, Hess & Eder* [*Harold B. Elgar* and *Frank Rashap* of counsel], for appellant Canadian Pacific Railway Company.

*Burlingham, Veeder, Fearey, Clark & Hupper* [*Ray Rood Allen* and *Burton H. White* of counsel], for the appellant Nippon Yusen Kaisha.

*Single & Single* [*Gregory S. Rivkins* and *Frank H. Gerrodette* of counsel], for the respondent.

PER CURIAM. Orders affirmed, with ten dollars costs and disbursements, on the authority of *Brown* v. *Canadian Pacific R. Co.* (143 Misc. 239), decided herewith.

LEVY, J. I concur in result for reasons indicated by me in *Baltimore Pub. Co.* v. *Swedish-Am. Mex. Line, Ltd.* (143 Misc. 229), decided herewith.

CALLAHAN, J. I concur for reasons stated by me in *Brown* v. *Canadian Pacific R. Co.* (143 Misc. 239), and *Baltimore Pub. Co.* v. *Swedish-Am. Mex. Line, Ltd.* (Id. 229), decided herewith.

* Affg. 142 Misc. 201.